IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**     **PLAINTIFF**

**v.**     **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**     **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day, defendant Richard Pennington will be dismissed with prejudice from this suit because the plaintiff's allegations against him fail to state a claim upon which relief could be granted. The plaintiff's claims for failure to protect him from attack by another inmate and for retaliation for seeking redress for that attack will, however, proceed.

**SO ORDERED**, this, the 14th day of December, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE