### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**                                              **PLAINTIFF**

**v.**                                                                      **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**                                             **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' MOTION [25]
### TO FILE RESPONSE TO SCHEDULING ORDER UNDER SEAL

This matter comes before the court on the motion [25] by the defendants to file their response to the court's scheduling order under seal.   As the document in question contains sensitive information, the instant motion [25] is **GRANTED**.   The Clerk of the Court is **DIRECTED** to restrict access to the defendants' response to the court's scheduling order to parties only.

**SO ORDERED**, this, the 21st day of April, 2021.

/s/    Jane M. Virden
UNITED STATES MAGISTRATE JUDGE