IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**                                **PLAINTIFF**

**v.**                              **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**                                **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO PROVIDE
### IDENTIFYING INFORMATION FOR DEFENDANTS
### "UNKNOWN WELLS/WEBB" AND "SGT. MCKENELLY"

The court takes up, *sua sponte*, the matter of identifying and locating defendants "Unknown Wells/Webb" and "Sgt. McKenelly" in this case to effect service of process. The Mississippi Department of Corrections could not identify these defendants with the information provided. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant for service of process.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with information sufficient to identify these two defendants. Failure to do so will result in the dismissal of these defendants for inability to effect service of process.

**SO ORDERED**, this, the 3rd day of June, 2021.

                                                         /s/    Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE