## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**                                          **PLAINTIFF**

**v.**                                                                **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**                                              **DEFENDANTS**


## ORDER DISMISSING DEFENDANTS "UNKNOWN WELL/WEBB"
## AND "SGT. MCKENELLY" WITHOUT PREJUDICE

On June 3, 2021, the court issued an Order [33] requiring the plaintiff, within 21 days, to identify defendants "Unknown Wells/Webb" and "Sgt. McKenelly" because the Mississippi Department of Corrections could not identify these defendants with the information the plaintiff provided – and thus could not effect service of process on them.   The court cautioned that "[f]ailure to do so will result in the dismissal of these defendants for inability to effect service of process."   Doc. 33.   The plaintiff has not complied with the order, and the deadline for doing so expired on June 24, 2021.   As such, defendants "Unknown Wells/Webb" and "Sgt. McKenelly" are **DISMISSED** from this suit without prejudice for inability to effect service of process.

**SO ORDERED**, this, the 7th day of July, 2021.


                                                        /s/    Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE