IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**                                **PLAINTIFF**

v.                                    **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**                                    **DEFENDANTS**

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT LOLA NELSON FOR FAILURE
TO EFFECT SERVICE OF PROCESS**

On October 10, 2021, the court entered an order requiring the plaintiff to provide a valid address for service of process for defendant Lola Nelson within 21 days. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this defendant from this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on October 31, 2021. Defendant Lola Nelson is therefore **DISMISSED** without prejudice from this case for failure to provide a valid address for service of process.

**SO ORDERED**, this, the 30th day of November, 2021.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE