IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**      **PLAINTIFF**

v.      No. 4:20CV106-JMV

**M.S.P. WARDEN SIMON, ET AL.**      **DEFENDANTS**

**ORDER DISMISSING PLAINTIFF'S MOTION [37] TO
COMPEL DISCOVERY AS MOOT**

This matter comes before the court on the motion [37] by the plaintiff to compel the defendants to produce the discovery set forth in the court's scheduling order. As the defendants have since filed notice [49] that the discovery has been produced, the instant motion [37] is **DISMISSED** as moot.

**SO ORDERED**, this, the 1st day of December, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE