IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY K. ALLEN, JR. (# 164049)**      **PLAINTIFF**

**v.**      **No. 4:20CV106-JMV**

**M.S.P. WARDEN SIMON, ET AL.**      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by defendants Warden Lee Simon and Corrections Officer Terry Haywood is **GRANTED**. Judgment is **ENTERED** in favor of defendants Nurse Practitioner Brown, Warden Lee Simon and Corrections Officer Terry Haywood. This case is **CLOSED**.

**SO ORDERED**, this, the 7th day of February, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE